UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 19-32521 |
|---|---|---|
| | ) | |
| Preston L. Brown, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached list

On June 4, 2021, at 9:30 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** – the password is **623389**. The meeting ID and further information can also be found on the Judge Goldgar's web page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movant: Preston L. Brown
By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 27, 2021, before 5:00 p.m.

/s/ Michael R. Colter, II
Michael R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
Patrick S. Layng, U.S. Bankruptcy Trustee
Glenn Stearns, Chapter 13 Trustee

*To the following persons or entities who have been served via U.S. Mail:*

Preston Brown
515 Madison St., #413
Waukegan, IL 60085

Nissan Motor Acceptance
PO Box 660366
Dallas, TX 75266

Title Lenders Inc
DBA USA Payday Loans
1541 NB Lewis Ave
Waukegan IL 60085

Portfolio Recovery Associates, LLC
c/o Capital One Bank (USA), N.A.
PO Box 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-32521 |
| | ) | |
| Preston L. Brown, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge A. Benjamin Goldgar |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Preston L. Brown**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On November 15, 2019, Debtor filed a petition for relief under Chapter 13 of Title 11 USC and Glenn Stearns was appointed Trustee.

3) Debtor's plan was confirmed May 22, 2020, with payments of $285.00 per month and general unsecured creditors receiving not less than 10% of their claims.

4) Debtor lost his job in January 2021, due to the COVID-19 pandemic as there was less need for technology staff in Waukegan Public Schools.

5) Debtor began working full time for Mequon-Theinsville Public Schools in late March 2021, and has been commuting to his job from Waukegan. Debtor will eventually move to Wisconsin to live closer to work.

6) Debtor is now able to resume making payments to the trustee based on the amended I and J (Exhibit A)..

7) Debtor seeks to modify his plan under 11 U.S.C. § 1329 to defer the current default and to the end of the plan.

8) Debtor seeks to modify his plan under 11 U.S.C. § 1329 to lower the plan payment to $205.00 per month.

9) Although Debtor qualifies for relief under the C.A.R.E.S. Act, he prefers to not prolong the payments anymore than necessary.

10) The Debtor seeks this relief without the intent to defraud creditors.

WHEREFORE, the Debtor, **Preston L. Brown**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor